No. 711. ARMSTRONG, EXECUTOR, *v.* NEW YORK CITY. March 27, 1939. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles V. Halley, Jr.* for petitioner. No appearance for respondent.

No. 739. COWEN *v.* CALIFORNIA ET AL. March 27, 1939. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Earl S. Cowen, pro se.* No appearance for respondents.

No. 740. EASON *v.* SANFORD, WARDEN. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *George W. Eason, pro se.* No appearance for respondent.